**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

TEDDY SEXTON                                                                                      PLAINTIFF

v.                                            Case No. 12-2314

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                                        DEFENDANT

### ORDER

      The Court has received proposed findings and recommendations (Doc. 16) from Chief United States Magistrate Judge James R. Marschewski.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.  Judgment will be entered accordingly.

      **IT IS SO ORDERED** this 20th day of February, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE